No. 4657.—ORANGE RICE MILLING Co., aplda., *v.* BARASORDA, aplte.—C. D. San Juan. Feb. 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la moción de reconsideración y el artículo 1226 del Código Civil: no encontrando que la demandante probara la existencia de una agencia suficiente ni la ratificación de que habla dicho artículo, no ha lugar a reconsiderar nuestra sentencia.